# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEVIN HAZURE, JR., individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER UNIVERSITY OF LOUISIANA,<br><br>Defendant. | CIVIL ACTION NO.:<br>2:23-cv-00908-LMA-KWR<br><br>JUDGE LANCE M. AFRICK<br><br>MAGISTRATE KAREN WELLS ROBY |

## REQUEST FOR ORAL ARGUMENT

Pursuant to LR 78.1, Defendant, Xavier University of Louisiana, ("Xavier") respectfully requests that this Court grant oral argument on its Motion to Dismiss the Class Action Complaint (the "Motion"), on May 31, 2023, at 9:00 a.m.  Xavier believes oral argument would allow the parties to respond to the Court's inquiries regarding the Motion and thus assist the Court in reaching the most well-considered ruling on the Motion.

Respectfully submitted,

 /s/ James M. Garner
JAMES M. GARNER (# 19589)
JOSHUA S. FORCE (# 21975)
GRANT G. BUTLER (# 40300)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C**
909 Poydras Street, 28th Floor
New Orleans, LA  70112
Telephone:  (504) 299-2100
Facsimile:  (504) 299-2300
jgarner@shergarner.com
jforce@shergarner.com
gbutler@shergarner.com

– and –

CHRISTOPHER A. WIECH
(*Pro Hac Vice Forthcoming*)
CHELSEA M. LAMB
(*Pro Hac Vice Forthcoming*)
**BAKER & HOSTETLER LLP**
1700 Peachtree St. N.E., Suite 2400
Atlanta, GA  30309
Telephone:  (404) 459-0050
Facsimile  (404) 459-5734
cwiech@bakerlaw.com
clamb@bakerlaw.com

**ATTORNEYS FOR DEFENDANTS**