UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEVIN HAZURE, JR.** | **CIVIL ACTION** |
| **VERSUS** | **No. 23-908** |
| **XAVIER UNIVERSITY OF LOUISIANA** | **SECTION I** |

### ORDER

The Court has received a request[1] for oral argument. The Court declines to schedule oral argument at this time. If, at a later date, the Court finds that oral argument would be helpful, counsel will be notified.

New Orleans, Louisiana, May 4, 2023.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 18.