IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEVIN HAZURE, JR., individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER UNIVERSITY OF LOUISIANA,<br><br>Defendant. | CIVIL ACTION NO.:<br>2:23-cv-00908-DJP-KWR<br><br><br>JUDGE DARREL JAMES PAPILLION<br><br><br>MAGISTRATE KAREN WELLS ROBY |

## DEFENDANT XAVIER UNIVERSITY OF LOUISIANA'S MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT

Defendant Xavier University of Louisiana ("Defendant") moves to dismiss Plaintiff Kevin Hazure, Jr.'s Amended Class Action Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  This motion is based on the brief filed in support of this motion, the reply Defendant may file in further support of this motion, any oral argument held, and all pleadings and records in this case.  For the reasons stated in the brief supporting this motion, the Amended Class Action Complaint filed on May 26, 2023 should be dismissed.

Respectfully submitted,

 /s/ Christopher A. Wiech
CHRISTOPHER A. WIECH
(*Admitted Pro Hac Vice*)
CHELSEA M. LAMB
(*Admitted Pro Hac Vice*)
**BAKER & HOSTETLER LLP**
1700 Peachtree St. N.E., Suite 2400
Atlanta, GA  30309
Telephone:  (404) 459-0050
Facsimile  (404) 459-5734
cwiech@bakerlaw.com
clamb@bakerlaw.com

– and –

JAMES M. GARNER (# 19589)
JOSHUA S. FORCE (# 21975)
GRANT G. BUTLER (# 40300)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C**
909 Poydras Street, Suite 2800
New Orleans, LA  70112
Telephone:  (504) 299-2100
Facsimile:  (504) 299-2300
jgarner@shergarner.com
jforce@shergarner.com
gbutler@shergarner.com

**ATTORNEYS FOR DEFENDANTS**