UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEVIN HAZURE, JR.** | **CIVIL ACTION NO: 23-CV-908** |
| **VERSUS** | **JUDGE DARREL JAMES PAPILLION** |
| **XAVIER UNIVERSITY OF LOUISIANA** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

### ORDER

Oral argument is currently scheduled for Defendant's Motion to Dismiss Amended Class Action Complaint (Record Document 29).  Defendant's motion was submitted on June 28, 2023, and Plaintiff did not file an opposition brief before the motion was submitted.  Accordingly,

**IT IS ORDERED** the oral argument on Defendant's Motion to Dismiss Amended Class Action Complaint, currently scheduled for October 4, 2023, at 10:00 a.m., is hereby **CANCELED**.

New Orleans, Louisiana, this 18th day of September, 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**