UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEVIN HAZURE, JR., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>XAVIER UNIVERSITY OF LOUISIANA,<br><br>    Defendant. | Case No.  2:23-cv-00908-DJP-KWR<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE KAREN WELLS ROBY |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Kevin Hazure, Jr., pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Xavier University of Louisiana without prejudice.

Dated: October 10, 2023

Respectfully submitted,

*/s/  Andrew A. Lemmon*
Andrew A. Lemmon (LA Bar No. 18302)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5301 Canal Boulevard, Suite A
New Orleans, Louisiana 70124
Tel.: (985)783-6789
Email: alemmon@milberg.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 10, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

>	*/s/ Andrew A. Lemmon*
>	Andrew A. Lemmon (LA Bar No. 18302)
>	**MILBERG COLEMAN BRYSON**
>	**PHILLIPS GROSSMAN, PLLC**
>	5301 Canal Boulevard, Suite A
>	New Orleans, Louisiana 70124
>	Tel.: (985)783-6789
>	Email: alemmon@milberg.com